**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7206**
_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

SEAN ANTHONY ROBINSON, a/k/a Black,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:06-cr-00204-HEH-1)

_____

Submitted:  October 11, 2012     Decided:  October 16, 2012

_____

Before KING, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sean Anthony Robinson, Appellant Pro Se.  Gurney Wingate Grant, II, Roderick Charles Young, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Anthony Robinson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Robinson</u>, No. 3:06-cr-00204-HEH-1 (E.D. Va. June 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>